UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) DOTS, LLC, ) ) Defendant. ) | Civil Action No. 2:10-CV-319 JVB |

**OPINION AND ORDER**

This matter is before the Court on Plaintiff Equal Employment Opportunity Commission's Motion to Bifurcate Trial [DE 33]. In its motion, Plaintiff seeks to bifurcate the trial in this case into two phases: (1) liability, punitive damages, and injunctive relief; and (2) damages for the class members. Discovery remains ongoing in this case. Therefore, Plaintiff's motion is premature and is DENIED without prejudice.

SO ORDERED on April 21, 2011.

    S/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE